# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R00686)

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 05 2026
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton    DISTRICT COURT NO.    1:25-CR-566

MAGISTRATE CASE NO.

Indictment                X Information                    Magistrate's Complaint
DATE:                     DATE: January 5, 2026             DATE:

UNITED STATES OF AMERICA
vs.
KAREN BENNETT

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes    No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney: Garrett L. Bradford
Defense Attorney: Jay L Strongwater