IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | Criminal Action No. |
| KAREN L. BENNETT | 1:25-CR-566 |

I, Karen L. Bennett, the above-named defendant, who is accused of making materially false or fictious and fraudulent statements to obtain funds from a government agency, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 5, 2026, prosecution by indictment and consent that the proceeding may be by information rather than by indictment. I further have elected not to request discovery under Rule 16 of the Federal Rules of Criminal Procedure and hereby waive the right to discovery under Rule 16.

_____
Karen L. Bennett
Defendant

_____
Jay L. Strongwater
Emily B. Strongwater
Counsel for Defendant

Before _____
Judicial Officer