**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs **20** Min

Filed in Open Court: Date: **1/5/2026** Time: **11:03** Tape: **FTR**

Magistrate (presiding): **CHRISTOPHER C. BLY**  Deputy Clerk: **James Jarvis**  Exhibits Yes ☐ No ☐

Case Number: **1:25-cr-566**  Defendant's Name: **Karen Bennett**
AUSA: **Garrett Bradford**  Defendant's Attorney: **Jay + Emily Strongwater**
USPO/PTR: _____  Type Counsel: (✓) Retained ( ) CJA ( ) FPD

___ ARREST DATE: _____
___ INTERPRETER: _____
✓ INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT    Dft in custody? ( ) Yes (✓) No
✓ Defendant advised of right to counsel.    ( ) WAIVER OF COUNSEL filed.
___ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY.
___ ORDER appointing _____ as counsel.
___ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
___ Dft to pay attorney fees as follows: _____
✓ INFORMATION/COMPLAINT filed.    _____ WAIVER OF INDICTMENT filed.
✓ Copy indictment/information given to dft? (X) Yes  ( ) No   Read to dft? ( ) Yes ( ) No (X) Prior to Hrg
___ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
✓ ARRAIGNMENT HELD.( ) **indictment** / information    ( ) Dft's WAIVER of appearance filed.
___ Arraignment continued to _____ at _____ Request of ( ) Govt    ( ) Dft
___ Dft failed to appear for arraignment.    Bench warrant issued
✓ Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.
___ MOTION TO CHANGE PLEA, and order allowing same.
✓ ASSIGNED TO JUDGE **ELR** for ( ) trial    ( ) arraignment/sentence.
___ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
___ Estimated trial time: ___ days.    ( ) SHORT    ( ) MEDIUM    ( ) LONG
___ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

ARRAIGNMENT - Pg. 2      Case No.:
                         Defendant:

_____ Government MOTION FOR DETENTION filed. Hearing set for _____ at
_____ Temporary commitment issued.    Dft remanded to custody of USMS
_____ The Court DEFERRED ruling on the motion until it's ripe for a ruling.

**BOND REVOCATION/ DETENTION HEARING**

__✓__ BOND / PRETRIAL DETENTION hearing held.

_____ Government MOTION FOR DETENTION ( ) GRANTED ( ) DENIED ( ) DEFERRED

   ( ) WITHDRAWN

_____ WRITTEN ORDER TO FOLLOW.
_____ HEARING HELD on motion for reduction / modification of bond.
_____ Motion for reduction / modification of Bond   ( ) GRANTED    ( ) DENIED.
_____ WRITTEN ORDER TO FOLLOW.
__✓__ BOND SET at   $10,000
__✓__ Non-surety
_____ Surety  ( ) Cash    ( ) Property    ( ) Corporate surety ONLY
       SPECIAL CONDITIONS:

_____
_____
_____
_____

__✓__ Bond filed; defendant released.
_____ Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.
_____ Defendant to remain on pretrial release under the terms and conditions set forth in the U. S. District for the
       _____

**WITNESSES:** _____
_____
_____
_____

**SENTENCE:** _____
_____
_____
_____

## Order

☑ Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.