U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 05 2026

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

# P L E A (With Counsel)

CRIMINAL NO. 1:25-CR-566

I, Karen Bennett, defendant, having received a copy of the within Information, and having been arraigned, plead Not Guilty thereto to count 1 thereof.

In Open Court this 5th day of January, 2026.

_____
SIGNATURE (Defense Attorney)
Jay L. Strongwater
Emily B. Strongwater

_____
SIGNATURE (Defendant)
Karen Bennett

## INFORMATION BELOW MUST BE TYPED OR PRINTED

3340 Peachtree Road, Suite 2570
Atlanta, Georgia 30326
Phone: (404) 872-1700
Bar Number: 572648

Filed in Open Court by:

_____                _____
(Signature)                                     Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12