UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 21 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

KAREN L. BENNETT

1:25-CR-00566-ELR-1

## NOTICE OF SENTENCING DATE

**TO THE ABOVE-NAMED DEFENDANT:**

By direction of the Honorable Eleanor L. Ross, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on **WEDNESDAY, APRIL 15, 2026 @ 10:30 AM,** Courtroom 1708, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, for imposition of sentence. **You will receive no further notice.**

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900).

DATE: 1/21, 2026

KEVIN P. WEIMER, CLERK
s/ Michelle L. Beck
Courtroom Deputy Clerk

Received by Defendant: _____
Karen L. Bennett

Received by Counsel: _____
Emily Strongwater/Jay Strongwater

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney contact the Courtroom Deputy Michelle L. Beck at (404) 215-1524.

☐ Plea      ☐ Trial              ☐ Nolo            ☐ Negotiated Plea
☐ Bond      ☐ Federal Custody    ☐ State Custody   ☐ USM Custody
cc: ☐ Clerk's Office              ☐ U.S. Attorney              ☐ U.S. Marshal
    ☐ Defendant                   ☐ Defense Counsel            ☐ U.S. Probation