IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | 1:25-CR-00566-ELR |
| | * | |
| KAREN L. BENNETT, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**

_____

A sentencing hearing was scheduled for Wednesday, April 15, 2026 at 10:30 a.m. At the Defendant's request, the hearing is **RESCHEDULED** for **THURSDAY, APRIL 23, 2026 at 10:30 A.M.**, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.

**SO ORDERED**, this 13th day of March, 2026.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia