IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA : 
:
v. : CRIMINAL INFORMATION
: NO. 1:25-cr-566
KAREN BENNETT, :
Defendant. :

## SENTENCING MEMORANDUM OF KAREN BENNETT

Comes now the defendant, Karen Bennett, by and through her undersigned counsel, who requests the Court to impose the jointly recommended sentence of time-served, a sentence that is sufficient but not greater than necessary, and in support thereof show the following:

**PLEA AGREEMENT**

Karen Bennett agreed to proceed with this prosecution through this Criminal Information in lieu of an indictment. The material terms of the plea agreement calls for the government to recommend a sentence of time-served[1] without any supervised release to follow and for restitution to the Georgia Department of Labor in the amount of $13,940.00. Ms Bennett urges the Court to adopt these provisions as the Judgment.

---

[1] The "time-served" component of the plea agreement has been satisfied by credit for hours Ms Bennett was in the Marshal's lock-up being processed.

1

**CHARACTERISTICS OF THE DEFENDANT AND 18 U.S.C.§3553**

Karen Bennett was born and raised in Richmond, Virginia. She has two adult children who have actively participated in meetings encouraging and supporting her throughout the course of this case. Ms Bennett received her undergraduate degree from Howard University and has post-graduate degrees from Georgia State University, Emory University and Alabama State University.

Ms Bennett has a long established history of community service. Her efforts have been through the Georgia legislature as a multi-term elected representative, her church, and her college sorority. In the State House, Ms Bennett sponsored bills addressing the needs for pre and post-natal care and funding of PeachCare, Medicaid and Medicare. In addition to these legislative efforts, Ms Bennett has engaged in extensive community discourse. She often worked to get her constituents more engaged. She published a newsletter to inform constituents of issues facing the state, how they could help and provided resources for those who needed help.

Through her church, Ms Bennett has provided pastoral care comforting congregants in their times of grief and sharing in their celebrations of life.

Ms Bennett has been an active member of her sorority as an alum. She has served as secretary of the South Atlantic Region, as well as chair of the state social action committee. During her time as a state representative, she organized the

sorority's annual day at the Capitol. Alumnae are involved in voter registration and get out the vote campaigns.

Karen Bennett has operated Metro Therapy Providers (MTP) for many years. At its inception MTP provided service to vulnerable population by teaming up with 'Babies Can't Wait'.[2] Babies Can't Wait is Georgia's early intervention program offering a variety of coordinated services for infants and toddlers with special needs, from birth to three years of age, and their families. The partnership between the two allowed for qualified infants and children to be connected to the physical, speech and occupational therapy services they need.

Many individuals from all of Ms Bennett's various communities have submitted testimonials about her work and dedication. Their letters have been appended to the final presentence report submitted to the Court through the United States Probation Officer

**CONCLUSION**

Karen Bennett stands before the Court having acknowledged her unlawful conduct. Needless to say, this prosecution has been a humbling experience. She has resigned her elected position as a State Representative. She has agreed to make full restitution. In the meantime, Ms Bennett is committed to continuing her work with the community through private endeavors. For all these reasons, Karen Bennett

---

[2] https://dph.georgia.gov/babies-cant-wait

submits that the sentence of time served coupled with restitution is a fair and reasonable one that full addresses the criteria of 18 U.S.C.§3553(a).

Submitted by:

/s/ Emily B. Strongwater
Emily B. Strongwater
Georgia Bar No. 572648

/s/ Jay L. Strongwater
Jay L. Strongwater
Georgia Bar No. 688750

Strongwater & Associates, LLC
3340 Peachtree Road
Suite 2570
Atlanta, Georgia 30326
404.872.1700
Counsel for Bennett

# CERTIFICATE OF SERVICE

I hereby certify that on this day served a true and correct copy of the within and foregoing Sentencing Memorandum of Karen Bennett upon counsel for the government by electronically posting through the District Court's ECF Filing System.

This 20th day of April, 2026.

/s/ Emily B. Strongwater
Emily B. Strongwater
Georgia Bar No. 572648

Strongwater & Associates, LLC
3340 Peachtree Road
Suite 2570
Atlanta, Georgia 30326
404.872.1700
Counsel for Bennett